IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL L. WINSTON,

    Plaintiff,

v.

JANSSEN PHARMACEUTICAL, INC.
and JOHN DOES (1-20),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-23-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

1/7/2019

Date